02/22/2010

Daniel Richard
707 East 78th Street
Brooklyn, New York 11236
Case Number: CR-00-1274

Hon. Judge John Gleeson
225 Cadman Plaza
Brooklyn, New York 11201





Dear Judge Gleeson

Words can't describe how I have been feeling for the past ten years. For me, it has been an agony. I am contrite for what happened every day. Each time I look at my children, I am reminded of my life, the burden I have put on them. Whenever my son sometimes would ask me, "daddy, when will I have my own backyard" and my answer would be "hopefully". That is all I can tell him for my situation is not getting any better, my daughter, so far, is oblivious. I am growing afraid that my children's future is in jeopardy; therefore I have decided to write you this letter.

My mother migrated from HAITI to New York, USA, when I was six years old and left me and my siblings with our father. Here, she was given the opportunity to work and provide for her family and she did just that. Indeed, after 12 years, she was able to bring me to this beautiful and wonderful country, the United States of America. During her absence, I missed her so many days, but my father's love kept focused on my education.

Your honor, my parents sacrificed, worked hard to give me a life they believed should be better than theirs. But here, I am today, I have realized that I have let them down. My mother would have been very disappointed in me if she were alive. My dad is too weak and frail nowadays to comprehend. They both epitomize courage. I am so proud and grateful for their love. They have inspired me all my life.

Now that I have a family of my own, I see even more how much, parents can love and cherish their children. It is unconditional love always. Your honor, I adore my kids so much. It is my duty to give them a better future. However, such task will be nearly impossible to achieve if my situation remains the same. It surfaces and hurts every day, it is a big barrier.

Therefore, I am asking you for your pardon. I implore you to give me a chance to contribute more to society. Please, your honor, forgive me. My son and my daughter depend on me. Thank you for taking the time to read this letter.

Respectfully,

Daniel Richard