**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK

BROOKLYN, NEW YORK 11201

CHAMBERS OF
JOHN GLEESON
U. S. DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 17 2010 ★

BROOKLYN OFFICE

November 19, 2009

Daniel Richard
707 East 78th Street
Brooklyn NY 11236

Re: *U.S. v. Richard, 00 CR 1274-21 (JG)*

Dear Mr. Richard:

I have received your letter of February 22, 2010. I am sorry for you and your family.

Unfortunately, I do not have the power to grant you a pardon. Pardons may only be granted by the President, and must be applied for through the Department of Justice, Office of the Pardon Attorney.

I hope things work out alright for you and your family.

Sincerely,

s/John Gleeson

John Gleeson